IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 3 1 2007

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | CRIMINAL ACTION NO. 4:92-CR-23 |
| | § | |
| ROBERT J. SALINAS | § | |
| | § | |
| | § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled cause having been paid in full in the amount of $20,100 it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that ROBERT J. SALINAS be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

DONALD J. DeGABRIELLE, Jr.
United States Attorney

By:_____
JOSE VELA, JR.
Assistant United States Attorney
Attorney in Charge
State Bar No.24040072
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Tel.: (713) 567-9000
Fax: (713) 718-3405

DATED: 5/31/07