**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Action Number | 92-CR-23 |
|---|---|---|---|
| | UNITED STATES OF AMERICA | | |
| | *versus* | | |
| | GILBERTO SALINAS | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | ISRAEL ARANA, ESQ. |
|---|---|
| Firm | ARANA & ARANA |
| Street | 452 NIGHTDREAM LANE |
| City & Zip | WINDER, GA 30680 |
| Telephone | (646) 262-0275 |
| Facsimile | |
| Email | aranalexnypr@hotmail.com |
| State & Bar Number | NEW YORK   2466167 |
| U.S. District Court | SDNY   LA9993 |

Seeks to appear as the attorney for this party:

| | GILBERTO SALINAS |
|---|---|
| Date 09/18/2004 | Signature *(signed)* |

| Order: | This attorney is admitted *pro hac vice*. |
|---|---|

Signed: _____, 200___.

_____
United States District Judge